**UNITED STATES of America,**
**Appellant,**

v.

**Ann C. MATTILA.**

**No. 16016.**

United States Court of Appeals
Eighth Circuit.

June 6, 1958.

George E. MacKinnon, U. S. Atty., and Hyam Segell, Asst. U. S. Atty., St. Paul, Minn., for appellant.

Edward C. Adams, St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on dismissal of appeal filed by appellant.

**UNITED STATES of America,**
**Appellant,**

v.

**Charles T. HVASS.**

**No. 15710.**

United States Court of Appeals
Eighth Circuit.

June 18, 1958.

F. E. Van Alstine, U. S. Atty., Sioux City, Iowa, for appellant.

Warren B. King, Minneapolis, Minn., and M. E. Rawlings, Sioux City, Iowa, for appellee.

PER CURIAM.

Appeal from District Court, 147 F. Supp. 594, dismissed, on stipulation of parties.

**NATIONAL LABOR RELATIONS**
**BOARD, Petitioner,**

v.

**Ralph L. EDWARDS et al.**

**No. 16025.**

United States Court of Appeals
Eighth Circuit.

June 30, 1958.

Thomas J. McDermott, Assoc. Gen. Counsel, N. L. R. B., and Marcel Mallet-Prevost, Asst. Gen. Counsel, N. L. R. B., Washington, D. C., for petitioner.

Joseph J. Russell, Cape Girardeau, Mo., for respondents.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.

**Walter J. GILBERT, doing business as**
**W. J. Gilbert and Company, Debtor-**
**Bankrupt, Appellant,**

v.

**ASSOCIATED FINISHERS, INC., et al.**

**No. 16007.**

United States Court of Appeals
Eighth Circuit.

July 1, 1958.

Warren S. Earhart, Kansas City, Mo., for appellant.

Paul E. Berman, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant, on stipulation of parties.